UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARISELA FLORES GARCIA, et al.,

                           Plaintiffs,                       19 **CIVIL** 9482 (JLR)

         -against-                                **<u>JUDGMENT</u>**

GROCERY-TAQUERIA MEXICANA
CORP., et al.,

                         Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 28, 2022, judgment is entered against Defendants, jointly and severally, in the aggregate amount of $28,165, comprising: 1. $9,082.50 in compensatory damages for unpaid wages, including overtime, and failure to provide spread of hours pay; 2. $9,082.50 in liquidated damages for those same violations; 3. $10,000 in statutory damages; 4. Prejudgment interest in the amount of $2.24 per day from May 24, 2019 to the date of entry of final judgment, in the amount of $2,950.08; accordingly, the case is closed.

**Dated:**  New York, New York
          December 30, 2022

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                                       **BY:**  *K. Mango*
                                                            **Deputy Clerk**